WHITING *et al.*
*vs*
WALKER *et al.*

enable the *cestui que trust* to loan it at more than legal interest— and a refusal to loan trust funds at illegal interest is no breach of trust.

---

2bm262
110 260

PET. & SUM.

*Case* 84.

*April* 20.

# Whiting *et al. vs* Walker *et al.*

APPEAL FROM THE HICKMAN CIRCUIT.

*Petition and summons. Error. Non-suit.*

CHIEF JUSTICE ROBERTSON delivered the Opinion of the Court.

IN a petition and summons brought under our statute of 1837, (*Session Acts* '41,) by the payees against the drawers of a domestic bill of exchange, drawn and accepted in New Orleans, the jury impanneled to try several issues, was instructed to find as in case of a non-suit, because the only evidence of non-payment and notice thereof was a notarial protest; and thereupon the plaintiffs discharged the jury and voluntarily suffered a judgment of *non pros.* That judgment they now seek to reverse.

A protest of a domestic bill of exchange is superfluous and unauthoritative, and is no proof of the dishonor of the bill, and this Court will not judicially presume that the law of Louisiana is different.

As, according to the mercantile law, a protest of a domestic bill is superfluous and unauthoritative, and therefore no proof of the alleged dishonor of the bill, (*Taylor* vs *The Bank of Illinois,* 7 *Mon.* 576,) and as moreover we cannot judicially presume that this is not also the local law of Louisiana; consequently we could not doubt that the law was against the plaintiff, as decided by the Circuit Judge. And we are of the opinion that the statute of 1837, *supra,* only makes a protest admissible

as evidence when, by the *lex loci*, it was essential to the liability of the party sued.

But had the instruction been erroneous, the plaintiffs waived the right to a revision of it in this Court by submitting to a nonsuit. Their only remedy now is another suit in a Court of original jurisdiction.

The judgment must therefore be affirmed.

*Owsley & Goodloe* for appellants; *Husbands* for appellees.

If a plaintiff voluntarily suffer a nonsuit, he waives all objection to any opinion of the Court which may have induced it and cannot complain thereof as error in this Court.